IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CORNELIUS G. CANNADY, SR.                                                           PLAINTIFF

VS.                                            CIVIL ACTION NO. 3:05cv107-HTW-JCS

CHRISTOPHER EPPS, et al.                                                          DEFENDANT

### FINAL JUDGMENT

In accordance with this court's memorandum opinion of this date, judgment is hereby entered for Defendants and against Plaintiff, and the complaint is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 15TH day of June, 2006.

/s/ James C. Sumner

_____
UNITED STATES MAGISTRATE JUDGE